

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-21-00024-CV

**FFGGP, INC.**, as trustee of the Windward Trace 9131 Land Trust,
Appellant

v.

**MTGLQ INVESTORS**, LP,  Rushmore Loan Management Services, LLC, and U.S. Bank
National Association, as trustee of TIKI Series IV Trust,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-02266
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

On January 12, 2022, this court issued an opinion and judgment reversing and rendering judgment in appellant's favor. On February 10, 2022, appellees filed a motion for rehearing. After considering the motion, the motion is DENIED.

It is so **ORDERED** February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT